by Paul D. Milne, as administrator, etc., against Margaret C. Glidden. No opinion. Judgment and order affirmed, with costs.

MONACO v. LANGE. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Giuseppe Monaco against John F. Lange. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MONNOT et al., Respondents, v. MURPHY, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Louise E. Monnot and others against Josephine F. B. Murphy, impleaded with others. M. B. Clarke, for appellant. L. C. Ferguson, for respondents.

PER CURIAM. Judgment affirmed, with costs, on authority of Monnot v. Rudd, 139 App. Div. 651, 124 N. Y. Supp. 210. Order filed.

INGRAHAM, P. J., dissents upon dissenting opinion in Monnot v. Rudd, 139 App. Div. 656, 124 N. Y. Supp. 213.

MOORE, Respondent, v. HEATH, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by George L. Moore against Joseph R. Heath. No opinion. Judgment of the Municipal Court affirmed, with costs.

MOORE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Mabel Moore, as administratrix, etc., of John M. Moore, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MORRISDALE COAL CO., Respondent, v. CZARNIKOW, MacDOUGALL & CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by the Morrisdale Coal Company against Czarnikow, MacDougall & Co., Limited. W. P. Maloney, for appellant. E. A. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MORRISON v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by Mary Morrison, as administratrix, etc., against the Pennsylvania Railroad Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. *Held*, that the questions of defendant's negligence and of intestate's contributory negligence were questions of fact for the jury.

McLENNAN, P. J., and ROBSON, J., dissent.

In re MORSE. (Supreme Court, Appellate Division, Second Department. June 9, 1911.)

In the matter of the application of Ada M. Morse to alter a highway in the towns of Monroe and Chester, and the assessment of damages therefor. No opinion. Order (69 Misc. Rep. 29, 125 N. Y. Supp. 739) affirmed, with $10 costs and disbursements.

MOWERS, Respondent, v. TOWN OF STRATFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Gertrude Mowers against the Town of Stratford. No opinion. Judgment and order affirmed, with costs.

MOZRIMOS v. ARBUCKLE et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Valerian Mozrimos against John Arbuckle and others. No opinion. Application denied, with $10 costs. Order signed.

MULLER, Respondent, v. ARISTOCRATIC PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Adrian H. Muller against the Aristocratic Publishing Company. E. Van Dernoot, for appellant. S. N. Carr, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 139 App. Div. 904, 123 N. Y. Supp. 1130.

MYERS, Respondent, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Florence M. Myers against James A. Gray and others. No opinion. Motion denied, with $10 costs. See, also, 122 N. Y. Supp. 1079.

NADLER, Appellant, v. BAKER, Police Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Sarah Nadler against William F. Baker, as Police Commissioner, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Smith & Sons Carpet Co. v. Ball, 137 App. Div. 100, 122 N. Y. Supp. 187, and Heim v. New York Stock Exchange, 138 App. Div. 96, 122 N. Y. Supp. 872.

NATIONAL COMMERCIAL BANK OF ALBANY, Respondent, v. BRONK, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by the National Commercial Bank of Albany, N. Y., against Henry Bronk.

PER CURIAM. Judgment unanimously affirmed with costs.

BETTS, J., not sitting.

NEIMAN et al. v. GARDNER. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Samuel Neiman and others against Barney Gardner. No opinion. Motion granted, on condition that appellant pay $10 costs and comply with terms stated in order. Order filed.

NELSON et al., Appellants, v. TERWILLIGER, Respondent. (Supreme Court, Appellate Division, Second Department. May 19,

1911.) Action by Pher Nelson and another, copartners, etc., against Frank G. Terwilliger. No opinion. Judgment and order affirmed, with costs. See, also, 126 N. Y. Supp. 1139.

NEWCOMB, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by Louise P. Newcomb against Gertrude M. Jones, individually and as executrix, etc., and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to renew upon payment of the costs herein provided for and the $10 costs of former motion.

SPRING, J., dissents.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) In the matter of Clifford H. Newell, an attorney and counselor at law.

PER CURIAM. Proceeding continued until the further order of the court, upon condition that the said Newell pay the referee's fees and disbursements and the stenographer's fees in this proceeding within 20 days. See, also, 128 N. Y. Supp. 1136.

NEW YORK ASS'N FOR PROTECTION OF GAME, Appellant, v. CONRON BROS. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the New York Association for the Protection of Game against the Conron Bros. Company. J. C. O'Conor, for appellant. F. A. Winslow, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply, on payment of costs. Order filed.

NEW YORK CENT. & H. R. R. CO., Appellant, v. FEDERAL SUGAR REFINING CO. OF YONKERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by the New York Central & Hudson River Railroad Company against the Federal Sugar Refining Company of Yonkers and others. No opinion. Order, in so far as appealed from, affirmed, with $50 costs and disbursements. See, also, 139 App. Div. 938, 124 N. Y. Supp. 1123.

NICHOLSON, Respondent, v. TOWN OF STILLWATER, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Elizabeth M. Nicholson, as administratrix of William S. Nicholson, deceased, against the Town of Stillwater.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event; the court holding that the judgment is unauthorized both as matter of law and as matter of fact. See, also, 139 App. Div. 923, 124 N. Y. Supp. 1123.

BETTS, J., dissents.

NILLSON, Respondent, v. AMERICAN PLAY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May

129 N.Y.S.—72

26, 1911.) Action by Carlotta Nillson against the American Play Company, impleaded with others. M. H. Cane, for appellant. B. G. Oppenheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NILLSON, Respondent, v. SELWYN & CO., Appellants, et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Carlotta Nillson against Selwyn & Co., impleaded with others. M. H. Cane, for appellants. B. G. Oppenheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 898, 125 N. Y. Supp. 261.

NORDIN, Respondent, v. GOULD COUPLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Frank A. Nordin against the Gould Coupler Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that no reasonable inspection could have discovered the defect complained of.

NOTMAN v. GUFFEY PETROLEUM CO. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Chas. P. Notman against the Guffey Petroleum Company. No opinion. Application granted. Order signed. See, also, 128 N. Y. Supp. 20.

NUGENT, Respondent, v. ONWARD CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Sophia Nugent against the Onward Construction Company, impleaded with others. A. H. Gleason, for appellant. F. L. Sanborn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNOR, Respondent, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Margaret O'Connor against the City of Dunkirk. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former opinion, see, 128 N. Y. Supp. 358.

O'CONNOR, Appellant, v. SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Johana O'Connor against the Supreme Council Catholic Benevolent Legion. No opinion. Judgment and order affirmed, with costs.

OGILBY et al. v. HICKOK. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Lena H. Ogilby and others against Chandlee H. Hickok. No opinion. Motion granted, and question certified, as stated in order. Order filed. See, also, 128 N. Y. Supp. 860.